IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DARYL SAVOY | : | |
| | : | CIVIL NO. CCB-11-1068 |
| v. | : | Criminal NO. CCB-10-0133 |
| | : | |
| UNITED STATES OF AMERICA | : | |

...o0o...

**MEMORANDUM**

Federal prison inmate Daryl Savoy pled guilty to a charge of felon in possession of a firearm on August 3, 2010. On September 16, 2010, he was sentenced to 70 months in the custody of the Bureau of Prisons, the low end of the advisory guideline range for offense level 21, criminal history category V. He now alleges that his counsel, AFPD LaKeytria Felder, provided ineffective assistance.

This claim is without merit. Savoy satisfies neither prong of the standard set forth in *Strickland v. Washington*, 466 U.S. 668 (1984), as his counsel provided excellent representation and he suffered no prejudice. His assertion that he was misled by Ms. Felder concerning his appeal rights and his criminal history category is contradicted by the plain language of the plea agreement and by the record that includes Ms. Felder's extensive sentencing memorandum. The Fair Sentencing Act had no applicability to Savoy's offense. Ms. Felder did litigate the issue of the police officer's credibility in connection with sentencing and, further, persuaded the court not to enhance the guidelines for the alleged possession of narcotics in connection with the possession of a firearm.

Accordingly, the motion to vacate will be denied.  A separate Order follows.

| January 19, 2012 | /s/ |
|---|---|
| Date | Catherine C. Blake |
| | United States District Judge |